IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA                                          RESPONDENT

V.                    CRIMINAL NO. 6:13-CR-60024
                      CIVIL NO. 6:16-CV-06115

TYRONG GODBOLD                                                        MOVANT

## ORDER

Before the Court is the Report and Recommendation filed September 21, 2017, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 70. Judge Bryant recommends that Movant's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (ECF No. 57) be denied and dismissed with prejudice. The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts Judge Bryant's Report and Recommendation *in toto*. Accordingly, Movant's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (ECF No. 57) is **DENIED** and **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 28th day of November, 2017.

                                        /s/ Susan O. Hickey
                                        Susan O. Hickey
                                        United States District Judge