AO 245D (Rev. 11/16) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

Western District of Arkansas

UNITED STATES OF AMERICA
v.

Tyrong Godbold a.k.a. "Bull"

**Judgment in a Criminal Case**
(For **Revocation** of Probation or Supervised Release)

Case No. 6:13CR60024-001
USM No. 05583-010

Clinton Dewitt
Defendant's Attorney

**THE DEFENDANT:**

☒ admitted guilt to violations One and Two of the term of supervision.

☐ was found in violation of condition(s) count(s) ______ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | New Law Violation | February 14, 2022 |
| Two | Use of a Controlled Substance and Failure to Report for Testing | February 7, 2022 |

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) ______ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. 3122

Defendant's Year of Birth: 1972

City and State of Defendant's Residence:
Hot Springs, Arkansas

August 20, 2026
Date of Imposition of Judgment

s/Susan O. Hickey
Signature of Judge

Honorable Susan O. Hickey, Senior United States District
Name and Title of Judge

August 20, 2026
Date

DEFENDANT: TYRONG GODBOLD a.k.a. "Bull"
CASE NUMBER: 6:13CR60024-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :

**Eighteen months imprisonment with credit for time served in federal custody; which shall be served consecutively to the term of imprisonment imposed in Garland County, Arkansas, Circuit Court, No. 26CR-22-287. There will be no term of supervised release to follow.**

☒ The court makes the following recommendations to the Bureau of Prisons:

To be housed as close to Hot Springs, Arkansas, as possible.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

- ☐ at ____________ ☐ a.m. ☐ p.m. on ____________ .
- ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

- ☐ before 2 p.m. on ____________ .
- ☐ as notified by the United States Marshal.
- ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

______________________________

______________________________

______________________________

Defendant delivered on ____________ to ____________

at ____________ with a certified copy of this judgment.

______________________________
UNITED STATES MARSHAL

By ______________________________
DEPUTY UNITED STATES MARSHAL